In the Matter of the Petition of the COUNTY OF SUFFOLK for the Purpose of Acquiring the Lands in the Towns of Huntington and Islip, Suffolk County, New York, Required or Necessary for or Incidental to the Construction of Sagtikos State Parkway and Northern State Parkway, or Incidental to the Separation of Grades at the Intersection of Said State Parkways and County, Town or Village Roads, Highways or Streets. COUNTY OF SUFFOLK, Respondent; GEORGE H. GREGORY, Appellant.— Order confirming the final report of the commissioners of estimate unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

In the Matter of the Judicial Settlement of the Accounts of Proceedings of BANK OF MANHATTAN TRUST COMPANY, as Executor of the Last Will and Testament of FRANKLIN H. KALBFLEISCH, Deceased, and as Trustee of the Respective Trusts Created under Paragraphs " Second," " Third " and " Eleventh " of Said Will. PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY and BANK OF MANHATTAN TRUST COMPANY, Appellants; AUGUSTA S. KALBFLEISCH, Respondent. (Appeal No. 1.) — Order of the acting surrogate of Suffolk county granting in part and denying in part a motion for examination and production affirmed, in so far as appealed from, with ten dollars costs and disbursements, payable out of the estate, the examination to proceed on five days' notice. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ., concur.